**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

United States of America ex rel.
    The Tarbell Group, LLC,

        Plaintiff

            v.

Western Association of Fish and Wildlife
    Agencies and
Unknown John or Jane Does,

        Defendants

**FILED UNDER SEAL PURSUANT TO**
**31 U.S.C. § 3730(b)(2)**

Case no.    1:25-cv-00144-REP

## COMPLAINT

### Nature of the Case

1.      Relator The Tarbell Group, LLC, brings this action for itself and the United States

under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the

defendant under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.      The Court has jurisdiction of, and is the appropriate venue for, this matter because

it arises under a federal law, because the United States is a plaintiff, and because in this judicial

district defendant can be found, resides, transacts business in, or committed an act proscribed by

the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3.      Relator The Tarbell Group, LLC, is a limited liability company located in and

organized under the laws of the Commonwealth of Virginia.

**Parties—Defendants**

4.        Defendant Western Association of Fish and Wildlife Agencies is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 3380 West Americana Terrace, Suite 320, Boise, ID.

5.        Defendants Unknown John or Jane Does were at all relevant times directors, officers, employees, or otherwise agents by and through whom Defendant Western Association of Fish and Wildlife Agencies acted.

**Background**

6.        To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

7.        As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

8.        The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

9.        Defendant applied for and received a PPP Loan for which it was legally ineligible.

**PPP Loan**

10.    Western Association of Fish and Wildlife Agencies applied and received approval for a PPP Loan on April 14, 2020 (loan number 7467737105), in the amount of $143,600.00, and had said PPP Loan forgiven on November 3, 2020, in the amount of $144,371.11.

**Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**

11.    Relator repeats and realleges each of the foregoing paragraphs.

12.    Defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

13.    Defendants did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that Western Association of Fish and Wildlife Agencies was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

14.    Defendants did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that Western Association of Fish and Wildlife Agencies was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

15.    Defendants did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that Western Association of Fish and Wildlife Agencies was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Prayer for Relief**

16.    WHEREFORE, Relator prays for the following relief against defendant:

a.    A declaration that each defendant did violate the False Claims Act;

b.    An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c.    The cost of this civil action under 31 U.S.C. § 3729(a)(3);

d.    An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.    Such other and further relief as may be just and proper.

**Demand for Jury Trial**

17.    Relator demands a trial by jury.

Respectfully submitted,

Ryan Dustin, Esq.
Casperson Ulrich Dustin
356 W. Sunnyside Road, Suite B
Idaho Falls, ID  83402
208-524-0566
rdustin@workandwage.com
*Attorney for Relator*

Bruce Ellis Fein, Esq.
*Pro hac vice application pending*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*