Lincoln Davis Wilson, #11860
**FIRST & FOURTEENTH, PLLC**
784 S. Clearwater Loop, Suite #8011,
Post Falls, ID 83854
Phone: (719) 428-4937
Email: lincoln@first-fourteenth.com

Julian R. Ellis, Jr. (pro hac vice)
Laura J. Ellis (pro hac vice)
**FIRST & FOURTEENTH, PLLC**
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 286-2475
Emails: julian@first-fourteenth.com
       laura@first-fourteenth.com

*Attorneys for Defendant Western
Association of Fish and Wildlife Agencies*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| United States of America ex rel. The Tarbel Group, LLC <br><br>     Plaintiff, <br><br>     v. <br><br> Western Association of Fish and Wildlife Agencies and Unknown John or Jane Does, <br><br>     Defendants. | Case No.: 1:25-cv-00144-DCN <br><br> **DEFENDANT'S MOTION TO DISMISS** |

Defendant Western Association of Fish and Wildlife Agencies (WAFWA) moves under Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Relator The Tarbel Group, LLC's complaint (Doc. 1). This motion is based on the complaint and the memorandum in support of the motion to dismiss, which are both attached to this motion.

2

Dated: June 9, 2026.

Respectfully submitted,

**FIRST & FOURTEENTH, PLLC**

*/s/ Julian R. Ellis, Jr.*
Lincoln D. Wilson, #11860
Julian R. Ellis, Jr. (pro hac vice)
Laura J. Ellis (pro hac vice)

*Attorneys for Defendant Western*
*Association of Fish & Wildlife Agencies*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, the foregoing **DEFENDANT'S MOTION TO DISMISS** was e-filed and served via the CM/ECF system to registered counsel for all parties.

/s/ *Julian R. Ellis, Jr.*
Julian R. Ellis, Jr.

*Attorney for Defendant Western Association of Fish & Wildlife Agencies*

3