T. Jason Wood, ISB No. 5016
WOOD LAW GROUP, PC
Jefferson Place, Fifth Floor
350 North 9th Street, Suite 500
Boise, ID 83702
Tel: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

Bruce Ellis Fein, Esq.
*Pro Hac Vice*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
Tel: (703) 248-0390
Email: bruce@newdream.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN ASSOCIATION OF FISH AND WILDLIFE AGENCIES, and UNKNOWN JOHN OR JANE DOES,<br><br>Defendants. | Case No: 3:25-cv-00144-DCN<br><br>**STIPULATED MOTION TO WITHDRAW AS LOCAL COUNSEL AND FOR STAY OF PROCEEDINGS** |

Pursuant to Rule 83.6 of the Local Rules, T. Jason Wood of the firm WOOD LAW GROUP, PC, and Bruce Ellis Fein of Bruce Ellis Fein, PLLC, and submit this Stipulated Motion to Withdraw as Local Counsel for Plaintiff in the above-captioned matter, based on the following:

1. Lead Counsel, Bruce Fein, who is admitted pro hac vice in this matter, has been consulted and stipulates to this withdrawal.

2. Plaintiff has been notified through Lead Counsel in writing of this intent to withdraw and through Lead Counsel has consented to the same.

3. Mr. Wood is compelled by circumstances beyond his control, as established in his Declaration filed herewith, to withdraw herefrom.

4. This case is in its earliest stages. Although the United States has declined intervention and the complaint has been served, no Defendants have yet filed an Answer. No discovery has been conducted, and no trial date or scheduling order has been entered.

5. Withdrawal at this juncture will not cause any material adverse effect on the interests of the Relator or the progress of the litigation.

6. There are pending motions to dismiss to which Plaintiff will not have had a reasonable opportunity to respond until it is able to associate new local counsel.

WHEREFORE T. Jason Wood respectfully requests that the Court enter an Order permitting his withdrawal as Local Counsel, directing all future service be made on Lead Counsel and granting such other relief as the Court deems just.

Plaintiff further requests a stay of proceedings for 30 days filing of this motion, plus the time provided by Local Rule 83.6, in order for Plaintiff to have a fair opportunity to answer the defendants' motions to dismiss.

RESPECTFULLY REQUESTED this June 17, 2026.

WOOD LAW GROUP, PC

By: /s/ T. Jason Wood
T. Jason Wood, Esq.

LAW OFFICE OF BRUCE ELLIS FEIN, PLLC

By: /s/ Bruce Ellis Fein
Bruce Ellis Fein, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2026, I filed the foregoing electronically through the CM/ECF system, which I believe caused all registered participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WOOD LAW GROUP, PC

By: /s/
T. Jason Wood, Esq.