T. Jason Wood, ISB No. 5016
WOOD LAW GROUP, PC
Jefferson Place, Fifth Floor
350 North 9th Street, Suite 500
Boise, ID 83702
Tel: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

Bruce Ellis Fein, Esq.
*Pro Hac Vice*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
Tel: (703) 248-0390
Email: bruce@newdream.net

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,

Plaintiff,

v.

WESTERN ASSOCIATION OF FISH AND WILDLIFE AGENCIES, and UNKNOWN JOHN OR JANE DOES,

Defendants.

Case No: 3:25-cv-00144-DCN

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS LOCAL COUNSEL AND FOR STAY OF PROCEEDINGS**

I, T. Jason Wood, in accordance with 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am sole owner of WOOD LAW GROUP, PC, attorneys for plaintiff in this matter, and I make this declaration from personal knowledge.

2. I am local counsel for the Plaintiff in this matter. I have a 2-week medical malpractice jury trial starting July 13, 2026, regarding which all attempts at mediation and

settlement have failed, and all my time between mid May 2026 until the end of trial and post-trial motions will have been taken up in preparation for trial, appearance at trial, and post-trial motions, making it impossible for me to continue in this matter and respond in a timely manner to the defendants' various motions.

3. At the time I entered an appearance in this matter, my client had a tentative but solid settlement arrangement with the defendants in the above-referenced medical malpractice trial, and I had every reason to believe at that time that the matter would be settled and dismissed, allowing me to devote the time necessary for this matter. However, the defendants in my medical malpractice case have since backed out of settlement and the matter is now proceeding to trial.

4. Plaintiff agrees it would be better served to find other local counsel to represent it in this matter, however, a stay is necessary to allow Plaintiff an opportunity to retain other local counsel and resond to the pending motions to dismiss.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States to the best of my knowledge and belief.

DATED this 17th day of June, 2026.

/s/______________________________
T. Jason Wood
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2026, I filed the foregoing electronically through the CM/ECF system, which I believe caused all registered participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WOOD LAW GROUP, PC

By: /s/ ______________________________
T. Jason Wood, Esq.